UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO MENTADO JIMENEZ,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT HERNANDEZ, WARDEN,<br><br>    Respondent. | No. SACV 05-1271 SVW (FFM)<br><br>ORDER TO SHOW CAUSE |

      Pursuant to the Court's July 30, 2007 order, petitioner was required to file a status report by February 11, 2008. As of the date of this order, plaintiff has failed to comply with that order.

      IT THEREFORE IS ORDERED that plaintiff show cause in writing within 15 days of the date of this order why the order staying the petition pending exhaustion of additional claims should not be vacated.

DATED: February 20, 2008

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge