UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO MENTADO JIMENEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT HERNANDEZ, Warden,<br><br>　　　　　　Respondent. | No. SACV 05-1271 SVW (FFM))<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 8, 2010

　　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　United States District Judge